**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**CIVIL MINUTES**

**Case No.:** CV 05-644-PA              **Date of Proceeding:** 3/15/06.

**Case Title:** Mendoza v Gonzalez, et al.

**Presiding Judge:** Owen M. Panner    **Courtroom Deputy:** Deborah DesJardins

**Reporter:** None                                                         **Tape No:**

**DOCKET ENTRY:**

Record of Order:  Denying as Moot, Motion (#8) to Dismiss for Lack of Jurisdiction.

**PLAINTIFF'S COUNSEL**          **DEFENDANT'S COUNSEL**

cc:   { } All counsel

**DOCUMENT NO:**
**CIVIL MINUTES**

Civil Minutes                                                    Honorable Owen M. Panner